UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:

DAVID ANTHONY PALAZZOLO           Chapter 13
PAOLA PALAZZOLO          Case No. 13-33246-DOF
         Hon. Daniel S. Opperman

         Debtors.
_____/

**EX-PARTE MOTION FOR EXPEDITED HEARING ON
DEBTOR'S MOTION FOR RELIEF FROM PAYMENT ORDER**

NOW COMES Debtor(s), David and Paola Palazzolo, by and through their attorneys, OSIPOV BIGELMAN, P.C., and in support of their Ex-Parte Motion for an Expedited Hearing on Debtor(s)' Motion for Relief from Payment Order, states as follows:

1. The Debtors filed a Motion for Relief from Pay Order on January 17, 2019.

2. The Debtors request that an expedited hearing be scheduled in this matter so the Debtors can avoid defaulting on obligations that are necessary for their health and well-being.

WHEREFORE, the Debtors respectfully request that this Court grant their Ex-Parte Motion for an Expedited Hearing on Debtor(s)' Motion for Relief from Payment Order

         Respectfully submitted,

         OSIPOV BIGELMAN, P.C.

Date: January 17, 2019

         /s/Yuliy Osipov
         YULIY OSIPOV (P59486)
         ALEXANDER J. BERRY-SANTORO (P81545)
         Attorneys for Debtor(s)
         20700 Civic Center Drive, Ste. 420
         Southfield, MI 48076
         Tel: (248) 663-1800/ Fax: (248) 663-1801
         yo@osbig.com ; abs@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:

DAVID ANTHONY PALAZZOLO  Chapter 13
PAOLA PALAZZOLO  Case No. 13-33246-DOF
  Hon. Daniel S. Opperman

  Debtors.
_____/

**ORDER GRANTING EX-PARTE MOTION
FOR EXPEDITED HEARING ON DEBTOR'S
MOTION FOR RELIEF FROM PAYMENT ORDER**

Upon consideration of the Debtor's Ex-parte Motion for Expedited Hearing on Debtor's Motion for Relief from Payment Order, and the Court being sufficiently advised in the premises:

**IT IS HEREBY ORDERED** that the Debtors' motion is granted.

**IT IS FURTHER ORDERED** that the hearing on the Debtors' Motion for Relief the Payment Order be held on _____, 2019 at _____ AM/PM.

**EXHIBIT A**